IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT RYAN DELGADILLO, #144335-0033, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:26-cv-00008-RAH-SMD |
| HALL, Lieutenant, | ) | |
| Defendant. | ) | |

**ORDER AND FINAL JUDGMENT**

On November 21, 2025, Plaintiff filed a Section 1983 action against Defendant alleging excessive force in violation of the Fourth Amendment related to an August 8, 2020, incident at the Elmore Correctional Facility. (Doc. 1.) The Magistrate Judge ordered Plaintiff to show cause why the case should not be dismissed as time-barred and warned that failure to do so would result in dismissal of his case. (Doc. 19.) When Plaintiff failed to respond to the show-cause order, the Magistrate Judge recommended the case be dismissed without prejudice for failure to comply with a court order. (Doc. 24.) *See also* FED. R. CIV. P. 41(b).

Plaintiff filed objections but they do not specifically address the Magistrate Judge's Recommendation. (Doc. 25.) *See also Macort v. Prem, Inc.*, 208 F. App'x 781, 783–85 (11th Cir. 2006) (per curiam) (explaining that objections must be sufficiently specific to warrant *de novo* review). Plaintiff argues that his claim is not time-barred, but he does not offer an explanation or excuse for his failure to comply with the show-cause Order. Plaintiff's simple disagreement is not enough to warrant

*de novo* review. Upon an independent review of the record, the Recommendation, and objections, the Court finds no error.

It is therefore **ORDERED** as follows:

1. Plaintiff's Objections (doc. 25) are **OVERRULED**;
2. The Recommendation (doc. 24) is **ADOPTED**;
3. The case is **DISMISSED** without prejudice;
4. No costs are taxed; and,
5. The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this case.

**DONE AND ORDERED** on this the 6th day of October 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT